IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

Plaintiff,                                ORDER

v.
                                          Case No. 10-mj-94-slc-1
LIZA B. REIGEL,

Defendant.

The defendant in the above-entitled case has been:

__X__       convicted of the charge against her and no appeal is pending.  Therefore,
            it is directed that the passport be transferred to the State Department.

            The State Department is not to reissue a passport without approval of U.S.
            Probation.

_____     convicted of the charge against him and no appeal is pending.  Therefore,
            it is directed that the passport be transferred to the INS Regional Office,
            Milwaukee, Wisconsin.

_____     acquitted of the charge against him and/or the charge against him has been
            dismissed.  Therefore, it is directed that the passport be returned to the
            defendant or his authorized representative.

_____     Defendant deceased.  Therefore, it is directed that the passport be returned
            to the State Department.

Date :_____4-7-11_____.

                                          BY THE COURT:

                                          _____
                                          STEPHEN L. CROCKER
                                          Magistrate Judge